

FILED
CLERK, U.S. DISTRICT COURT
OCT - 9 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEX ALEXSANIAN,

Defendant.

Case No. CR24-583-SB-2

ORDER OF DETENTION

I.

On October 9, 2024, Defendant Alex Alexsanian made his initial appearance on the Indictment filed in this case. Defendant was represented by retained counsel, George Mgdesyan. The government was represented by Assistant U.S. Attorney Kristen Williams. A detention hearing was held.

☐   On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒   On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered the report and recommendation prepared by United States Probation and Pretrial Services.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Certain background information is unverified and inconsistent (Defendant's finances, assets, whether his parents are deceased, contacts with persons in foreign countries)

☒ History of foreign travel, including recent travel

☒ according to the Pretrial Services Report, agents found eDefendant has two California Drivers Licenses with different addresses that do not match his reported residence

☒ Information about Defendant's finances, given the allegations in the indictment, suggests that Defendant has access to financial resources, including bank accounts in the names of foreign individuals and is alleged to have laundered the proceeds of the alleged healthcare fraud into assets that are difficult to trace (cash, metals)

☒ A search of Defendant's residence revealed a passport not related to the defendant, mail in names other than the defendant, $25,000 in cas, gold coins and gold dollar bills.

☒ The indictment charges Defendant with conspiracy to launder monetary instruments and concealment money laundering and, Defendant is also identified in key portions of the healthcare fraud charges. The allegations include the use of bank accounts and operation of business entities in the names of foreign and other individuals in connection with the healthcare fraud scheme alleged.

As to danger to the community:

☒   Seriousness of allegations in the Indictment

V.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel.  On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: October 9, 2024                    /s/
                                   ALKA SAGAR
                                   UNITED STATES MAGISTRATE JUDGE